UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-24224-PCH

BRYCE DUNHAM-ZEMBERI,

    Plaintiff,

vs.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO STRIKE UNAUTHORIZED FILING BY DEFENDANT, WITH SUPPORTING MEMORANDUM OF LAW**

Plaintiff Bryce Dunham-Zemberi ("Dunham") moves to strike Defendant's Response in Opposition to Plaintiff's Motion for Leave to File Sur-Reply Relative to Defendant's Motion for Summary Judgment (DE 29). The grounds for this motion are fully set forth in the below memorandum of law.

**Memorandum of Law**

On Friday, July 29, 2022, Dunham's motion for leave to file a sur-reply in opposition to Defendant's motion for summary judgment (DE 26) was adjudicated by the Court, which granted the motion in part while finding "no need to await Defendant's Response in Opposition." DE 28. Several hours later, Defendant filed a purported memorandum in opposition (DE 29) to the already-decided motion. Defendant's purported opposition memorandum should therefore be stricken as an unauthorized filing. *See La Gorge Palace Condo. Ass'n, Inc.*, 733 F. Supp.2d 1332, 1334 n.1 (S.D. Fla. 2010) (striking "unauthorized" legal memorandum).

**Conclusion**

**WHEREFORE**, the Court should enter an order striking Defendant's Response in Opposition to Plaintiff's Motion for Leave to File Sur-Reply Relative to Defendant's Motion for Summary Judgment (DE 29).

**Local Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3), the undersigned attorney certifies that counsel for Dunham has conferred via phone with Defendant's counsel, Lee W. Marcus, Esq., in a good faith attempt to resolve the issues raised in this motion, but no agreement was reached.

DATED: August 2, 2022

        ATTORNEYS DELL AND SCHAEFER,
        CHARTERED
        Attorneys for Plaintiff
        2625 Weston Road
        Weston, FL 33331
        Phone: (954) 620-8300
        Fax: (954) 922-6864

        __/s/ *Alexander A. Palamara*
        ALEXANDER A. PALAMARA, ESQUIRE
        Florida Bar No.: 0037170
        Email: alex@diattorney.com
        GREGORY MICHAEL DELL, ESQUIRE
        Florida Bar No.: 299560
        Email: gdell@diattorney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via CM/ECF on this 2nd day of August, 2022, and electronically furnished to Lee. W. Marcus, Esq., Marcus & Myerse, P.A., 6150 Metrowest Blvd., Suite 208, Orlando, FL, 32835:

        ATTORNEYS DELL AND SCHAEFER, CHARTERED
        Attorneys for Plaintiff
        2625 Weston Road
        Weston, FL 33331
        Phone: (954) 620-8300
        Fax: (954) 922-6864

        /s/ *Alexander A. Palamara*
        ALEXANDER A. PALAMARA, ESQUIRE
        Florida Bar No.: 0037170
        Email: alex@diattorney.com
        GREGORY MICHAEL DELL, ESQUIRE
        Florida Bar No.: 299560
        Email: gdell@diattorney.com