UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-24224-HUCK/Becerra

BRYCE DUNHAM-ZEMBERI,

    Plaintiff(s),

vs.

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON ,

    Defendant(s).        /

## ORDER GRANTING MOTION TO STRIKE

**THIS MATTER** is before the court on Plaintiff's Motion to Strike Unauthorized Filing by Defendant, with Supporting Memorandum of Law.

**ORDERED AND ADJUGED** that the Motion is GRANTED. The court will strike Defendant's Response in Opposition to Plaintiff's Motion for Leave to File Sur-Reply Relative to Defendant's Motion for Summary Judgment (DE 29).

**DONE and ORDERED** in chambers, in Miami, Florida, this ____day of _____, 2022.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Cc:

All Counsel of Record