UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-24224-PCH

BRYCE DUNHAM-ZEMBERI,

    Plaintiff(s),

vs.

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON ,

    Defendant(s).                    /

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, **JEREL C. DAWSON**, hereby files this Notice of Appearance as Counsel of Record for Plaintiff, **.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will transmit Notices of Electronic Filing to Lee W. Marcus, Marcus & Myers PA 6150 Metrowest Boulevard, Suite 208, Orlando, FL 32835, Attorney for Defendant.

                ATTORNEYS DELL AND SCHAEFER,
                CHARTERED
                Attorneys for Plaintiff
                2625 Weston Road
                Weston, FL  33331
                (954) 620-8300

                */s/ Jerel C. Dawson*
                JEREL C. DAWSON, ESQUIRE
                Florida Bar No.: 152390
                Email: jerel@diattorney.com